IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE LEE BEAVERS,

        Plaintiff,        CV F 05 0925 LJO WMW PC

    vs.                      ORDER

OFFICE ORTEGA,

        Defendant.

        Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The Court directed service of process of the complaint upon Defendant Ortega. The U.S. Marshal returned the form for service as unexecuted. The return indicates that Officer Ortega is "no longer with Dept, no forwarding info, Office of Legal Counsel can not locate County employees."

        In order to effect service of process, the U.S. Marshal requires more information. The Court will send to Plaintiff a USM 285 form for service of process upon Defendant Ortega. Plaintiff is directed to complete the form, including all information that would be useful in locating Defendant Ortega. The Court notes that the USM 285 form returned by Plaintiff does not include Officer Ortega's first name.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall send to Plaintiff one USM 285 form.

2. Plaintiff shall complete and return the form to the Court within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:     **January 30, 2008**                    /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE